---

(No. 15109.—Judgment affirmed.)
THE PEOPLE *ex rel.* Patrick J. Carr, County Collector, Ap-
pellant, *vs.* HERMAN PAEPCKE, Appellee.

*Opinion filed February 21, 1923.*

This case is controlled by the decision in *People* v. *Keogh,*
(*ante,* p. 323.)

APPEAL from the County Court of Cook county; the
Hon. F. S. RIGHEIMER, Judge, presiding.

ROBERT E. CROWE, State's Attorney, GEORGE E. GOR-
MAN, and WILLIAM H. DUVAL, (HAYDEN N. BELL, and
W. W. DEARMOND, of counsel,) for appellant.

CARROLL & SCHAEFFER, for appellee.

Mr. CHIEF JUSTICE THOMPSON delivered the opinion of
the court:

The county court of Cook county sustained appellee's
objections to a portion of the tax sought to be collected
against his real estate and the collector has appealed.

All of the questions raised and argued have been con-
sidered in *People* v. *Keogh,* (*ante,* p. 323,) and for the rea-
sons there given the judgment of the county court is af-
firmed.

*Judgment affirmed.*